OAO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.
Roman M. Sanchez, YOB: 1964, 18 USC

United States District Court
Southern District of Texas
FILED

OCT 1 3 2015

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-15-1792-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  October 12, 2015  in  Hidalgo  County, in the  Southern  District of  Texas  defendant(s) did,

*(Track Statutory Language of Offense)*

INTENTIONALLY AND KNOWINGLY POSSESS WITH INTENT TO CONCEAL OR DISGUISE THE NATURE, SOURCE, LOCATION, OWNERSHIP OR CONTROL OF THE PROCEEDS FROM CRIMINAL ACTIVITY RELATED TO NARCOTICS TRAFFICKING AN UNKNOWN AMOUNT OF A LARGE BULK SEIZURE OF US CURRENCY.

in violation of Title  18  United States Code, Section(s)  1956 .

I further state that I am a(n)  TEXAS DPS CID SPECIAL AGENT  and that this complaint is based on the
                                Official Title
following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint:   X  Yes     No

approved by
[signature] AUSA Knope

Signature of Complainant

Juan I. Murillo  DPS
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 13, 2015       7:56 am       at    MCALLEN, TEXAS
Date                                       City and State

UNITED STATES MAGISTRATE PETER ORMSBY
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

## ATTACHMENT I TO A091, CRIMINAL COMPLAINT, DPS CASE 3A1-15-0046
## OCTOBER 12, 2015

1. ROMAN M. SANCHEZ   YOB: 1964

## ATTACHMENT II TO AO91, CRIMINAL COMPLAINT, OCTOBER 12, 2015
## DPS CASE X3A1-15-0046

On October 12, 2015 Texas Department of Public Safety Criminal Investigation Special Agents acted on information received of a possible narcotics and/or currency courier involving a 2001 Great Dane reefer trailer with Oklahoma registration 1061KA. Special Agent Murillo located the 2001 Great Dane traveling south on US 281 and coordinated with a Texas Highway Patrol (THP) marked unit to conduct a traffic stop. The THP unit stopped the 2001 Great Dane trailer that was being pulled by a 2007 Peterbilt truck-tractor, blue in color, with Texas registration R198948 for speeding and having expired registration on the trailer.

The THP Trooper, Cory Davis, made contact with the driver, who was identified by Texas DL #09427494 as Roman M. Sanchez, DOB: 02/21/1964. Trooper Davis asked for consent to search the vehicle during the course of the traffic stop and Sanchez granted consent to search the Truck-Tractor and Trailer. Trooper Davis utilized a K-9 and the K-9 indicated a positive alert to the presence of illegal contraband within the trailer.

At this point, CID Special Agents made contact with the Trooper and the driver, Sanchez. CID Special Agents asked Sanchez if Sanchez would follow them to the Pharr POE to have the Truck-Tractor and trailer X-rayed, since the K-9 had alerted to the trailer. Sanchez voluntarily agreed to follow the Special Agents to the Pharr POE with the Trooper following behind the CMV to have an X-ray conducted on the Truck-tractor and trailer.

Upon X-raying the Truck-tractor and trailer, CBP personnel advised of a suspicious anomaly within the trailer. CID Special Agents conducted a search of the trailer, and as a

result of said search, 12 large bundles wrapped in brown tape were discovered in the trailer within a false aftermarket compartment. Upon opening one bundle, Special Agents observed a bulk amount of US Currency in the denomination of $20 bills and a second one in $100 bills. Special Agents secured the bundles until it could be stored in a secure location.

Special Agents placed Sanchez under arrest and a short time later, Sanchez was read his Miranda Warning to which Sanchez stated he understood his rights. Sanchez told the Special Agents that he had picked up the money in Chicago and that he had packed it into the compartment himself along with assistance from an unidentified male subject. Sanchez stated the US Currency was from proceeds from a previous narcotics load taken by an unknown individual. Sanchez further stated that he had transported 5 or 6 previous loads of US Currency in the past in similar amounts. Special Agents asked Sanchez how much money he was currently transporting, and Sanchez stated that it was about one million to one million two hundred thousand dollars. Special Agents asked Sanchez where the money was going, and Sanchez stated it was destined for Mexico.

CID Special Agents secured the money in a safe until it's deposit at a local bank. Sanchez was booked into a local city jail until he could be arraigned before a Federal Magistrate.

Note: An official bank count of the US Currency is pending at this time.